# DECLARATION OF BUCK MCKINNEY

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF TRAVIS** | § |

I AVER AS FOLLOWS:

1. My name is Buck McKinney. I am competent to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. Attached as **Exhibit A** is a true and correct copy of the expert report of Rick Albers.

3. Attached as **Exhibit B** is a true and correct copy of a document produced to Plaintiff by Defendants as Centerra 000253.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the Centerra 30(b)(6) deposition in this case.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the deposition of Tamela Thompson.

6. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 25, 2019

_____
R. Buck McKinney

1