# EXHIBIT B

**Tom Grant**

| | |
|---|---|
| **From:** | Brittany Murphy <austinbrittany@gmail.com> |
| **Sent:** | Monday, January 26, 2015 11:46 AM |
| **To:** | Tom Grant |
| **Subject:** | Re: Photographs |

sorry wrote that on my phone and auto correct screwed it up.

Gist: Having a few of our homes photographed by him. It cost me 1000 each so I'm not doing them all but 3 of them I'm going to do and I'll pay him if and when they sell out of my funds.

On Mon, Jan 26, 2015 at 11:40 AM, Brittany Murphy <austinbrittany@gmail.com> wrote:

> I'm having my ex husband who is one of the best architectural photographers in town (all the high end 3million+) home builders and architects use him go photograph a few of the specs. I'll pay him out of my funds when the houses sell. I'm good but he's excellent and usually this helps a lot.
>
> He's going out today and I'll have the. In a fee days probably to update my specs. Like I said the ones I have are not bad at all, but his are beyond excellent so maybe that will help.
>
> Brittany