# EXHIBIT C

Case 1:17-cv-00676-RP   Document 84-4   Filed 03/25/19   Page 2 of 5

Tom Grant, Corp. Rep. Centerra Homes Of Texas                                1

```
 1                  UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
 2                        AUSTIN DIVISION

 3

     ALEXANDER STROSS              §
 4                                 §
        Plaintiff,                 §    CIVIL ACTION #
 5                                 §    1:17-cv-676-SS
        vs.                        §
 6                                 §
     CENTERRA HOMES OF TEXAS,      §
 7   LLC & EUGENE ROWEHL           §
                                   §
 8      Defendants.                §

 9

10      **************************************************

11        ORAL AND VIDEOTAPED DEPOSITION OF TOM GRANT,

12         AS DESIGNATED 30(b)(6) REPRESENTATIVE OF

13              CENTERRA HOMES OF TEXAS, LLC

14                    OCTOBER 16, 2018

15      **************************************************

16          ORAL AND VIDEOTAPED DEPOSITION OF TOM GRANT,

17   produced as a witness at the instance of the Plaintiff,

18   and duly sworn, was taken in the above-styled and

19   numbered cause on the 16th day of October, 2018, from

20   9:40 a.m. to 2:39 p.m., before Cynthia Warren, Certified

21   Shorthand Reporter for the State of Texas, reported by

22   machine shorthand, at the offices of Wittliff Cutter

23   Austin, PLLC, 1803 West Avenue, Austin, Texas 78701,

24   pursuant to the Federal Rules of Civil Procedure and the

25   provisions stated on the record.
```

Case 1:17-cv-00676-RP   Document 84-4   Filed 03/25/19   Page 3 of 5

Tom Grant, Corp. Rep. Centerra Homes Of Texas                            23

1    A.   I had it in writing on February 3rd.

2    Q.   Did she tell you that you could use them?

3    A.   Well, I mean, she's my agent.  She works for
4  me.

5    Q.   How did she say she was going to pay for those
6  photographs?

7    A.   She said in one e-mail that she was going to
8  pay for them from the proceeds of closings.  Then she
9  came back and said she paid for them.

10   Q.   If and when they sold, do you remember that
11 language?

12   A.   That was in one e-mail.  I didn't write it; she
13 did.

14   Q.   And so you just assumed that you could use
15 them?

16   A.   Well, when we have ownership when they've been
17 paid for, yes.

18   Q.   Well, but they weren't paid for by Centerra,
19 right?  Centerra never wrote a check for $1,000 per
20 property?

21   A.   We weren't -- we weren't asked to.

22   Q.   And Centerra was never told that they could be
23 used for general marketing purposes, was it?

24   A.   And we weren't told that we could not.

25   Q.   Okay.  But --

```
                  UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
                        AUSTIN DIVISION


ALEXANDER STROSS              §
                              §
     Plaintiff,               §    CIVIL ACTION #
                              §    1:17-cv-676-SS
     vs.                      §
                              §
CENTERRA HOMES OF TEXAS,      §
LLC & EUGENE ROWEHL           §
                              §
     Defendants.              §
```

                    REPORTER'S CERTIFICATION
       DEPOSITION OF TOM GRANT, AS DESIGNATED 30(b)(6)
        REPRESENTATIVE OF CENTERRA HOMES OF TEXAS, LLC
                        OCTOBER 16, 2018

      I, Cynthia Warren, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

      That the witness, TOM GRANT, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

      That pursuant to FRCP Rule 30(f)(1), that the signature of the deponent:

      __X___   was requested by the deponent or a party at the completion of the deposition and returned within 30 days from date of receipt of the transcript.  If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

1  _____ was waived by the deponent and/or

2  attorneys at the completion of the deposition;

3  That the amount of time used by each party at

4  the deposition is as follows:

5  Mr. R. Buck McKinney - 3 hours, 2 minutes
   Mr. John D. Saba, Jr. - 1 minute

6

7  That $_____ is the deposition officer's

8  charges to the Plaintiff for preparing the original

9  deposition transcript and any copies of exhibits;

10  I further certify that I am neither counsel

11  for, related to, nor employed by any party in this

12  cause, and further that I am not financially or

13  otherwise interested in the outcome of the action.

14

15  Certified to by me this 29th day of October,

16  2018.

17  *Cynthia Warren*

18  _____
    CYNTHIA WARREN, Texas CSR 4597
19  Expiration: 12/31/2019
    Lexitas
20  Firm Registration No. 17
    1016 La Posada Drive, Suite 294
21  Austin, Texas 78752
    512-465-9100
22

23

24

25