UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ALEXANDER STROSS** : <br> : <br> **Plaintiff,** : <br> : <br> **vs.** : <br> : <br> **CENTERRA HOMES OF TEXAS, LLC &** : <br> **EUGENE ROWEHL** : <br> : <br> **Defendants** : <br> : | **CIVIL ACTION #   1:17-cv-676-SS** <br><br><br> **JURY DEMANDED** |

**ORDER GRANTING PLAINTIFF ALEXANDER STROSS' OPPOSED MOTION TO EXCLUDE THE TESTIMONY OF RICK ALBERS**

After considering Plaintiff Alexander Stross' Opposed Motion to Exclude the Expert Testimony of Rick Albers, Defendants' Response, all other evidence on file, and arguments of counsel, this Court GRANTS Defendant's Motion in its entirety.

SIGNED on _____, 2019.

_____
HON. SAM SPARKS