IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ALEXANDER STROSS,
    Plaintiff,

-vs-

CENTERRA HOMES OF TEXAS, LLC
and EUGENE ROWEHL,
    Defendants.

CAUSE NO.:
AU-17-CA-676-SS

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above captioned matter and specifically Alexander Stross' "Opposed Motion to Exclude the Expert Testimony of Rick Albers" (dkt #84) filed March 25, 2019 and the responses to said motion and thereafter enters the following:

The Plaintiff Stross desires to have the court find the testimony of the defendant's proposed expert, Rick Albers, excluded in trial pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc. 509 U.S. 597. It is the court's practice on Daubert objections when made to stop the evidence before the jury and have a hearing outside of the presence of the jury to determine the admissibility of the opinions of the purported expert. Thereafter the court will make the Daubert rulings. All trials in this court are limited as to time and each party will have identical time in which to include each's presentation of the evidence. On a Daubert hearing, if the objector is successful in excluding testimony, the time taken for the hearing outside the presence of the jury will be taken off of the presenter. If the Daubert objector has the objections overruled, the time taken by the hearing outside the presence of the jury will be subtracted from the objector. A review of the motion and responses would indicate that it is probable the

1

objections specified in the pleading could be cured with timely objections by counsel during trial. The court can make more competent decisions on Daubert challenges during trial when evidence has been presented after opening statement before the purported expert is to testify.

IT IS ORDERED that the "Opposed Motion to Exclude the Expert Testimony of Rick Albers" (dkt #84) is DISMISSED WITHOUT PREJUDICE to being presented during

SIGNED this the 24th day of May 2019.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE